**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HECTOR MO ANALCO CASTILLO, | Case No.: 2:26-cv-00928-APG-BNW |
| Petitioner | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 7] |
| D.H.S., et al., | |
| Respondents | |

I ORDER that petitioner's motion to extend time (ECF No. 7) is GRANTED.  The amended petition is due May 1, 2026.

DATED this 1st day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE