# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HECTOR MO ANALCO CASTILLO,

    Petitioner

v.

D.H.S., et al.,

    Respondents

Case No.: 2:26-cv-00928-APG-BNW

**Order**

I ORDER the respondents to respond to the amended petition (ECF No. 8) by June 1, 2026.

I FURTHER ORDER the petitioner's reply is due by June 8, 2026.

DATED this 20th day of May, 2026.

 

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE